| AO 10<br>Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2009** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Kessler, Gladys | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>06/10/2010 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>333 Constitution Avenue, N.W.<br>Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Director and Board Chairperson | Our Place, D.C. -- a 501(c)(3) organization |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2010 JUN 14 A 10: 06 FINANCIAL DISCLOSURE OFFICE RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. 2009 | I am a member of the D.C. Judges' Retirement Fund and eligible for all benefits. |
| 2. 2009 | As a Senior Judge, I now receive a pension rather than a salary. |
| 3. | |

Kessler, Gladys

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 06/10/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | D.C. Government - Pension | $125,775.48 |
| 2. 2009 | Judicial Retirees & Survivors Admin Office of the US Courts - Pension | $169,801.01 |
| 3. 2009 | Thrift Savings Plan | $5,860.03 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Prudential Insurance Company - Pension |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 06/10/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 06/10/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ADP - common stock | B | Dividend | K | T | | | | | |
| 2. Tyco - common stock | A | Dividend | J | T | | | | | |
| 3. MMM - common stock | B | Dividend | L | T | | | | | |
| 4. GE - common stock | B | Dividend | K | T | | | | | |
| 5. Black & Decker - common stock | A | Dividend | J | T | | | | | |
| 6. Vanguard High Yield Tax Exempt - mutual fund | E | Interest | N | T | Sold (part) | 07/08/09 | J | A | |
| 7. Vanguard Tax Exempt Money Market Fund | A | Interest | K | T | | | | | |
| 8. Sun Trust - Checking Account | A | Interest | J | T | | | | | |
| 9. Wells Fargo Advantage Fund IRA - mutual fund (S) | | None | K | T | | | | | |
| 10. Vanguard 500 Index Fund | D | Dividend | N | T | | | | | |
| 11. Vanguard Dividend Growth Fund (S) | C | Dividend | M | T | | | | | |
| 12. Janus Twenty Fund | | None | K | T | | | | | |
| 13. Banc of America - Nuveen Dividend Advantage Muni Bond Fund | B | Interest | K | T | | | | | See note in part VIII |
| 14. Washington Mutual - common stock (S) | | None | | | Closed | 01/01/09 | J | A | See note in part VIII |
| 15. Apache Corp - common stock (S) | B | Dividend | N | T | | | | | |
| 16. General Electric - common stock (S) | B | Dividend | K | T | | | | | |
| 17. Smith Midland - common stock (S) | | None | | | Sold | 07/14/09 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 06/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Quality Systems - common stock (S) | C | Dividend | M | T | | | | | |
| 19. General Dynamics - common stock (S) | B | Dividend | L | T | | | | | |
| 20. Banc of America - Eaton Vance Municipal Bonds | B | Int./Div. | K | T | | | | | See note in part VIII |
| 21. Vanguard Health Care Fund | C | Dividend | M | T | | | | | |
| 22. Banc of America - D.C. G.O. Bond | A | Interest | | | Sold | 06/01/09 | J | A | See note in part VIII |
| 23. Banc of America - D.C. Revenue Bond | A | Interest | | | Sold | 05/01/09 | J | A | See note in part VIII |
| 24. Allstate - common stock (S) | C | Dividend | L | T | | | | | |
| 25. RPM International - common stock (S) | D | Dividend | M | T | Buy (add'l) | 05/01/09 | J | | |
| 26. Banc of America – 3M Company | A | Dividend | J | T | | | | | See note in part VIII |
| 27. Banc of America - General Electric | A | Dividend | J | T | | | | | See note in part VIII |
| 28. Banc of America - Eaton Vance Worldwide Health | A | Int./Div. | K | T | | | | | See note in part VIII |
| 29. Wells Fargo Advantage Opportunity Fund (S) | | None | K | T | | | | | |
| 30. Bank of America - common stock (S) | A | Dividend | K | T | | | | | |
| 31. Vanguard Mid-Cap Index Fund Admiral Shares | B | Dividend | M | T | | | | | |
| 32. PNC Bank - Checking Account (S) (X) | A | Interest | K | T | | | | | |
| 33. Pentair, Inc - common stock (S) | B | Dividend | L | T | | | | | |
| 34. Broadridge Financial Solutions, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 06/10/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Growth and Income Fund - (S) | A | Dividend | K | T | | | | | |
| 36. Matthews China Fund - (S) | A | Dividend | L | T | | | | | |
| 37. Covidiend Ltd - common stock | A | Dividend | J | T | | | | | |
| 38. Vanguard IRA 500 Index Fund Admiral Shares | C | Dividend | M | T | | | | | |
| 39. Vanguard IRA Mid-Cap Index Fund Admiral Shares | B | Dividend | M | T | | | | | |
| 40. Sandy Spring Bancorp - (S) | A | Dividend | K | T | | | | | |
| 41. Vanguard Long-Term Tax-Exempt Adm - (S) | D | Interest | N | T | | | | | |
| 42. Dow Chemical Company - common stock (S) | A | Dividend | K | T | | | | | |
| 43. Bank of America | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 06/10/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Additional notes on Part VII: lines 13, 20, 22, 23, 26, 27, 28 are all holdings in the same brokerage account.

Line 14: The Washington Mutual stock has become worthless and has no value.

Line 43 relates to interest earned on a mortgage account held at Bank of America.

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 06/10/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

June 10, 2010

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



United States District Court for the District of Columbia
Washington, D.C. 20001

Chambers of
Gladys Kessler
Judge

August 13, 2010



Honorable Bobby R. Baldock, Chair
Judicial Conference of the United States
   Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Baldock:

     I have received your letter of August 2, 2010, regarding my calendar year 2009 Financial Disclosure Report. In response, I am filing a corrected Report.

     You specifically raised a question about Part VII, p. 6, line 43. That amount of interest was mistakenly listed on my Report. It is interest earned from my personal mortgage account with Bank of America, and my accountant indicates that it should not have been listed on the Financial Disclosure Report.

     You also specifically raised a question about Part VII, p. 8, line 67 regarding my ▮▮▮▮▮ asset with Ferris, Baker & Watts. That account was closed on January 1, 2009, and that is indicated in my amended Report.

     I believe, and hope, that all your questions are now answered.

Sincerely,

Gladys Kessler
United States District Judge

GK/cal
Enclosure

AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Kessler, Gladys | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>8/11/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>333 Constitution Avenue, N.W.<br>Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director and Board Chairperson | Our Place, D.C. -- a 501(c)(3) organization |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2009 | I am a member of the D.C. Judges' Retirement Fund and eligible for all benefits. |
| 2. 2009 | As a Senior Judge, I now receive a pension rather than a salary. |
| 3. | |

RECEIVED 2010 AUG 17 A 10:10 JUDICIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 8/11/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2009 | D.C. Government - Pension | $125,775.48 |
| 2. 2009 | Judicial Retirees & Survivors Admin Office of the US Courts - Pension | $169,801.01 |
| 3. 2009 | Thrift Savings Plan | $5,860.03 |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Prudential Insurance Company - Pension |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 8/11/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 8/11/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. ADP - common stock | B | Dividend | K | T | | | | | |
| 2. Tyco - common stock | A | Dividend | J | T | | | | | |
| 3. MMM - common stock | B | Dividend | L | T | | | | | |
| 4. GE - common stock | B | Dividend | K | T | | | | | |
| 5. Black & Decker - common stock | A | Dividend | J | T | | | | | |
| 6. Vanguard High Yield Tax Exempt - mutual fund | E | Interest | N | T | Sold (part) | 07/08/09 | J | A | |
| 7. Vanguard Tax Exempt Money Market Fund | A | Interest | K | T | | | | | |
| 8. Sun Trust - Checking Account | A | Interest | J | T | | | | | |
| 9. Wells Fargo Advantage Fund IRA - mutual fund (S) | | None | K | T | | | | | |
| 10. Vanguard 500 Index Fund | D | Dividend | N | T | | | | | |
| 11. Vanguard Dividend Growth Fund (S) | C | Dividend | M | T | | | | | |
| 12. Janus Twenty Fund | | None | K | T | | | | | |
| 13. Banc of America - Nuveen Dividend Advantage Muni Bond Fund | B | Interest | K | T | | | | | See note in part VIII |
| 14. Washington Mutual - common stock (S) | | None | | | Closed | 01/01/09 | J | A | See note in part VIII |
| 15. Apache Corp - common stock (S) | B | Dividend | N | T | | | | | |
| 16. General Electric - common stock (S) | B | Dividend | K | T | | | | | |
| 17. Smith Midland - common stock (S) | | None | | | Sold | 07/14/09 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Quality Systems - common stock (S) | C | Dividend | M | T | | | | | |
| 19. General Dynamics - common stock (S) | B | Dividend | L | T | | | | | |
| 20. Banc of America - Eaton Vance Municipal Bonds | B | Int./Div. | K | T | | | | | See note in part VIII |
| 21. Vanguard Health Care Fund | C | Dividend | M | T | | | | | |
| 22. Banc of America - D.C. G.O. Bond | A | Interest | | | Sold | 06/01/09 | J | A | See note in part VIII |
| 23. Banc of America – D.C. Revenue Bond | A | Interest | | | Sold | 05/01/09 | J | A | See note in part VIII |
| 24. Allstate - common stock (S) | C | Dividend | L | T | | | | | |
| 25. RPM International - common stock (S) | D | Dividend | M | T | Buy (add'l) | 05/01/09 | J | | |
| 26. Banc of America - 3M Company | A | Dividend | J | T | | | | | See note in part VIII |
| 27. Banc of America - General Electric | A | Dividend | J | T | | | | | See note in part VIII |
| 28. Banc of America - Eaton Vance Worldwide Health | A | Int./Div. | K | T | | | | | See note in part VIII |
| 29. Wells Fargo Advantage Opportunity Fund (S) | | None | K | T | | | | | |
| 30. Bank of America - common stock (S) | A | Dividend | K | T | | | | | |
| 31. Vanguard Mid-Cap Index Fund Admiral Shares | B | Dividend | M | T | | | | | |
| 32. PNC Bank - Checking Account (S) (X) | A | Interest | K | T | | | | | |
| 33. Pentair, Inc - common stock (S) | B | Dividend | L | T | | | | | |
| 34. Broadridge Financial Solutions, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 8/11/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  Vanguard Growth and Income Fund - (S) | A | Dividend | K | T | | | | | |
| 36.  Matthews China Fund - (S) | A | Dividend | L | T | | | | | |
| 37.  Covidiend Ltd - common stock | A | Dividend | J | T | | | | | |
| 38.  Vanguard IRA 500 Index Fund Admiral Shares | C | Dividend | M | T | | | | | |
| 39.  Vanguard IRA Mid-Cap Index Fund Admiral Shares | B | Dividend | M | T | | | | | |
| 40.  Sandy Spring Bancorp - (S) | A | Dividend | K | T | | | | | |
| 41.  Vanguard Long-Term Tax-Exempt Adm - (S) | D | Interest | N | T | | | | | |
| 42.  Dow Chemical Company - common stock (S) | A | Dividend | K | T | | | | | |
| 43.  Bank of America | A | Interest | J | T | | | | | |
| 44.  Ferris Baker Watts - Reserve Primary Fund (S) | | None | | | Closed | 01/01/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kessler, Gladys | 8/11/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Additional notes on Part VII: lines 13, 20, 22, 23, 26, 27, 28 are all holdings in the same brokerage account.

Line 14: The Washington Mutual stock has become worthless and has no value.

Line 43 relates to interest earned on a ▓▓▓▓ mortgage account held at Bank of America. T is was listed in error, not required information, because it relates to the ▓▓▓▓▓▓▓▓.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Aug. 13, 2010  Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544